

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00412-CR

Javier **CARDENAS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1577
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is GRANTED. The appellant's brief is due on November 20, 2015.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

Keith E. Hottle
Clerk of Court